## Commonwealth v. Hughes, Appellant.

Before ULLMAN, J.

Submitted December 9, 1968. *Emanuel Romm* and *Barnie F. Winkelman,* for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Hummel, Appellant.

Argued December 13, 1968. *Carolyn E. Temin,* Assistant Defender, with her *Melvin Dildine,* Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *James D. Crawford,* Assistant District Attorney, with him *Harold K. Don, Jr.,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.